E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JOSEPH LANGKAMER, PA BAR 208286
Special Assistant United States Attorney
    Office of Program Litigation, Office 7
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (206) 615-2212
    E-mail: joseph.langkamer@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DAVID MAD LUJAN,<br><br>           Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br><br>Commissioner of Social Security,<br><br>           Defendant. | No. 5:24-cv-00697-SP<br><br>JUDGMENT OF REMAND |

1   IT IS ORDERED AND ADJUDGED that this case is reversed and remanded
2   pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social
3   Security for further administrative proceedings pursuant to this Court's ORDER of
4   remand, issued on October 21, 2024.

6   DATED: October 21, 2024       _____
7                                  HONORABLE SHERI PYM
8                                  UNITED STATES MAGISTRATE JUDGE

2