1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11 DAVID MAD LUJAN,                    ) Case No.: 5:24-cv-00697-SP
                                        )
12        Plaintiff,                    ) ORDER AWARDING EQUAL
                                        ) ACCESS TO JUSTICE ACT
13    vs.                               ) ATTORNEY FEES AND EXPENSES
                                        ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MARTIN O'MALLEY,                     ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,     ) U.S.C. § 1920
15                                      )
          Defendant                     )
16                                      )
                                        )
17 _____ )

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that fees and expenses in the amount of $6,240.00 as

21 authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

22 awarded subject to the terms of the Stipulation.

23 DATE: November 21, 2024

24                                        _____
                                          THE HONORABLE SHERI PYM
25                                        UNITED STATES MAGISTRATE JUDGE

26

-1-